BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MONICA N. ANDERSON
Supervising Deputy Attorney General
DANIEL P. O'DONNELL, State Bar No. 177872
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5810
 Fax: (916) 324-5205
 Email: Daniel.ODonnell@doj.ca.gov

Attorneys for Defendants State of California and
California Department of Corrections and
Rehabilitation

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEITH CHANDLER,**<br><br>                    Plaintiff,<br><br>     v.<br><br>**PETE WILSON, et al.,**<br><br>                    Defendants. | CIV-S-05-1654 WBS PAN<br><br>**ORDER GRANTING DEFENDANTS' NUNC PRO TUNC APPLICATION FOR EXTENSION OF TIME IN WHICH TO FILE ANSWER TO COMPLAINT** |

Defendants' nunc pro tunc application for extension of time to file their response to Plaintiff's complaint was considered by this Court, and good cause appearing,

IT IS HEREBY ORDERED that Defendants' application is granted.

DATED: December 15, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1